

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00045-CR and 04-15-00046-CR

Freddie Lee **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR6965 and 2009CR8008
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED. Any other pending motions for relief are DENIED.

SIGNED October 14, 2015.

_____
Patricia O. Alvarez, Justice